USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/13/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOFLOW LTD.,

Plaintiff,

v.

APTIVIO, INC.,

Defendant.

1:25-cv-05035-MKV

**DEFAULT JUDGMENT**

This matter having come before the Court on Plaintiff SoFlow Ltd.'s renewed motion for default judgment pursuant to Fed. R. Civ. P. 55(b)(2), and the Court having considered the submissions and the record, including ECF Nos. 29-32, 34-35, 36, 38, and 40, and Defendant Aptivio, Inc. having failed to appear or respond, it is hereby:

**ORDERED that Plaintiff's renewed motion for default judgment is GRANTED; and it is further**

**ORDERED that judgment is entered in favor of Plaintiff SoFlow Ltd. and against Defendant Aptivio, Inc.; and it is further**

**ORDERED** that Plaintiff is awarded the following amounts:

| | |
|---|---|
| Principal damages | EUR 94,724.85 |
| USD equivalent under N.Y. Judiciary Law § 27(b), using the exchange rate prevailing on the date judgment is entered | $104,708.85 |
| Prejudgment interest at 9% simple interest from April 27, 2024 through November 13, 2026 | $24,011.32 |
| **USD judgment subtotal before costs** | **$128,720.17** |
| **Costs** | **$762.25** |

**ORDERED** that post-judgment interest shall accrue on the judgment pursuant to 28 U.S.C. § 1961 from the date judgment is entered until paid; and it is further

**ORDERED** that the Clerk of Court is respectfully directed to enter judgment accordingly and close this case.

**SO ORDERED.**

Dated: New York, New York
November 13, 2026

Mary Kay Vyskocil

Hon. Mary Kay Vyskocil
United States District Judge

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**SOFLOW LTD. v. APTIVIO, INC.**
Civil Action No. 1:25-cv-05035-MKV

**[PROPOSED] DEFAULT JUDGMENT**

Submitted by:

THE FLADGATE FIRM P.C.
Attorneys for Plaintiff SoFlow Ltd.
305 Broadway, 7th Floor
New York, New York 10007
Tel: (917) 215-8732
Email: cfladgate@fladgatefirm.com

Chris Fladgate
Bar No. CF1999